| | | |
|---|---|---|
| | AUSA: Timothy Turkelson | Telephone: (989) 895-5712 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Kyle Salcido | Telephone: (810) 341-5730 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Anthony James Patterson

Case: 1:19-mj-30605
Judge: Morris, Patricia T.
Filed: 11-20-2019 At 11:41 AM
CMP USA v PATTERSON (SK)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 11/20/2019 _____ in the county of _____ Saginaw _____ in the Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. section 841(a) | Possession with Intent to Deliver Cocaine |
| 18 U.S.C. section 922(g) | Felon in Possession |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Kyle Salcido, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 11/20/2019

City and state: Bay City, Michigan

*Judge's signature*

Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

### Affidavit of ATF Special Agent Kyle Salcido In Support of Criminal Complaint and Arrest Warrant

I, Kyle Salcido, being duly sworn, depose and state:

I am a Special Agent employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Justice Department, and have been so employed since November 7, 2016. I successfully completed the Criminal Investigations Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC), Brunswick, Georgia. I also completed the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Basic Training (SABT) National Training Academy conducted in Brunswick, Georgia. During these courses of study, I received training in the investigation of federal firearm and narcotics violations. Previously, I was a certified law enforcement officer in Michigan with the City of Saginaw Police Department and the Saginaw Township Police Department for a total of five years. During which time, I spent two years on the Bay Area Narcotics Enforcement Team (BAYANET) enforcing state narcotics and firearms violations. I personally investigated and assisted in numerous of cases, which led to search warrants, arrests, prosecutions, and the seizure of large quantities of narcotics and firearms. During my employment with ATF, I have conducted or participated in investigations related to the possession and manufacture of firearms and narcotics in violation of Titles 18, 21 and 26 of the United States Code.

### Scope of Requested Criminal Complaint

1. This Affidavit is submitted in support of a Criminal Complaint and arrest warrant charging **Anthony James PATTERSON** with:

    **COUNT ONE**: Possession with Intent to Deliver Cocaine on November 20, 2019, in violation of **21 U.S.C. § 841(a).**

    **COUNT TWO:** Felon in Possession of a Firearm on November 20, 2019, in violation of **18 U.S.C. § 922(g).**

2. The information contained in this Affidavit is based on my review of the reports and files in this case, conversations with other law enforcement personnel, and my own personal knowledge.

### SEARCH WARRANT at 3026 HAROLD

3. On November 20, 2019, a Federal Search Warrant was executed at 3026 Harold Street, Saginaw, MI 48601. Katoya Denise Richardson and Anthony James

1

Patterson were the only occupants located in the home. Richardson was first encountered inside the living room of the residence and Patterson was located coming down from the upstairs bedroom. Both are believed to be residents of 3026 Harold. Richardson is the homeowner and Patterson has been seen at this residence on multiple occasions by detectives.

4. A thorough search of the residence was conducted. The upstairs of the residence consisted of a one-room bedroom/loft. In the bedroom behind a small attic/storage door, agents located a Bushmaster Model SX-15-E2S, 2.23 Caliber Rifle bearing serial number BFI629328. Within a foot of the rifle was a bag with 17 smaller individually wrapped baggies of what appeared to be cocaine. Each individual baggie weighs approximately 28 grams. Also located the bedroom loft was a wallet with Anthony James Patterson's driver's license near a large sum of U.S. Currency. It should be noted all the clothing and shoes located in this bedroom were men's and no signs of Richardson living in the loft were observed.

5. Patterson was transported and interviewed at the Saginaw Township Police Department by D/Sgt. Bush. Patterson refused to waive his Miranda Rights and gave no statement regarding the search warrant.

6. Richardson was read her Miranda Rights at the scene of the search warrant by SA Salcido. Richardson agreed to waive her Miranda Rights and speak with SA Salcido. Richardson stated she resides and owns 3026 Harold Street. Patterson stays there on occasion to help take care of her as she is on disability. Richardson stated that when Patterson stays at the residence that he utilizes the upstairs loft area, and that he is the only individual that utilizes that area. Due to her disability she has difficulty moving around and does not go upstairs. She denied knowledge of any illicit narcotics or illegal firearms in the home. She denied knowledge of the rifle located in the home as well.

7. The evidence was transported back to the BAYANET Office where D/Sgt. Bush weighed the baggies of cocaine that were located in the closet/storage area. Each baggie weighs approximately 28 grams. One baggie weighing approximately 28 grams with packaging was field tested utilizing the TruNarc Analyzer and tested positive for cocaine HCL.

### Conclusion

8. This Affidavit is submitted in support of a Criminal Complaint and arrest warrant charging **Anthony James Patterson**:

    **COUNT ONE**: Possession with Intent to Deliver Cocaine on November 20, 2019, in violation of **21 U.S.C. § 841(a).**

**COUNT TWO: F**elon in Possession of a Firearm on November 20, 2019, in violation of **18 U.S.C. § 922(g).**

I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

*Kyle Salcido*

Kyle Salcido, Special Agent
Bureau of Alcohol, Tobacco, Firearms &
Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means on
the 20th day of November, 2019.

Honorable Patricia Morris
United States Magistrate Judge

3